No. 552. ARROW DISTILLERIES, INC. *v.* ALEXANDER, ADMINISTRATOR OF THE FEDERAL ALCOHOL ADMINISTRATION. January 30, 1939.

*Per Curiam:* Motion of the appellee to affirm granted and order denying an interlocutory injunction affirmed. *Alabama* v. *United States,* 279 U. S. 229, 231; *United Gas Co.* v. *Public Service Comm'n,* 278 U. S. 322, 326; *National Fire Insurance Co.* v. *Thompson,* 281 U. S. 331, 338; *Eureka Productions, Inc.* v. *Lehman,* 302 U. S. 634. *Mr. Horace J. Donnelly, Jr.* for appellant. *Solicitor General Jackson* for appellee.

No. —, original. EX PARTE CLARENCE M. BRUMMETT. January 30, 1939. Motion for leave to file petition for writ of habeas corpus denied.

No. —, original. EX PARTE SOLOMON G. SALOMON. January 30, 1939. Motion for leave to file petition for writ of mandamus denied. The CHIEF JUSTICE took no part in the consideration and decision of this application.

No.—, original. EX PARTE FORREST HOLIDAY. January 30, 1939. Motion for leave to file petition for writ of habeas corpus denied.